UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**LORI A. EMERY**,

    Plaintiff,

v.

**CAROLYN W. COLVIN**,
Acting Commissioner of Social
Security,

    Defendant.                  No. 13-cv-1329-DRH-CJP

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 24, 2014, the commissioner's final decision is REVERSED and REMANDED to the commissioner for rehearing and reconsideration of the evidence.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT


                              BY:   /s/*Cheryl A. Ritter*
                                        **Deputy Clerk**

Dated:  December 11, 2014

                          Digitally signed by
                          David R. Herndon
                          Date: 2014.12.11
APPROVED:           11:22:55 -06'00'
        CHIEF JUDGE
        U. S. DISTRICT COURT