UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**LORI A. EMERY**,

    Plaintiff,

v.

**CAROLYN W. COLVIN**,
*Acting Commissioner of Social Security*,

    Defendant.               No. 13-cv-1329-DRH-CJP

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 24, 2014, the commissioner's final decision is REVERSED and REMANDED to the commissioner for rehearing and reconsideration of the evidence.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:   /s/*Cheryl A. Ritter*
                                     **Deputy Clerk**

Dated:  December 15, 2014

Digitally signed by David R. Herndon
Date: 2014.12.15 10:34:14 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT