IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI A. EMERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.  13-cv-1329-DRH-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

**ORDER for ATTORNEY'S FEES**

**HERNDON, District Judge:**

Before the Court is defendant's Agreed Motion to Award Attorney Fees and Expenses.  (Doc. 30).

The parties have agreed that plaintiff is entitled to an award in the amount of $5,583.55 for attorney's fees and expenses.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).  The Court further finds that the agreed upon amount is reasonable and appropriate.

Defendant's Agreed Motion (Doc. 30) is GRANTED.  The Court awards plaintiff Lori A. Emery the sum of $5,583.55 for attorney's fees and expenses pursuant to the Equal Access to Justice Act.  These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay

plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

Signed this 12th day of March, 2015.

Digitally signed by David R. Herndon
Date: 2015.03.12 16:23:15 -05'00'

**United States District Court**